# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 2, 2011

Lyle W. Cayce
Clerk

No. 10-30262

MARIA ST. CYR, Individually and on behalf of the minor child T.G.,

Plaintiff-Appellant

v.

KELLY CUNNINGHAM; DA VITA, INC., also known as Slidell Kidney Care, also known as Slidell Kidney Care Center; UNIDENTIFIED PARTIES; RENAL TREATMENT CENTERS-SOUTHEAST, L.P., doing business as Slidell Kidney Care,

Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:09-06520

Before DAVIS, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Having carefully reviewed the record on appeal, the parties' respective briefs and oral arguments, we find no reversible error in the order of the district court dismissing any and all of the claims brought by Plaintiff-Appellant Maria

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-30262

St. Cyr in her individual capacity.  Accordingly, the judgment of the district court is AFFIRMED.